**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Stephanie Lopez,

Plaintiff,

v.

City of Nogales, et al.,

Defendants.

No. CV-25-00702-TUC-AMM (LCK)

**ORDER**

On October 26, 2026, Magistrate Judge Lynnette C. Kimmins issued a Report and Recommendation ("R&R") recommending this Court enter an order granting in part, and denying in part, Defendant's Motion for Partial Dismissal of Plaintiff's Third Amended Complaint. (Doc. 39.) Judge Kimmins notified the parties they had fourteen (14) days to file any written objections to the proposed findings and recommendation. (*Id.* at 11.) Neither party filed an objection, and the time to do so has now passed.

A district court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985); *see also* 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made."). "[T]he court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72(b), Advisory Committee Notes 1983 Addition. A district judge may "accept, reject, or modify, in whole or in part, the findings or recommendations" of the magistrate judge. 28 U.S.C. § 636(b)(1).

The Court has reviewed Judge Kimmins's R&R, the parties' briefs, and the record. The Court finds no clear error and agrees with the findings and recommendation.

Accordingly,

**IT IS ORDERED** that the Report and Recommendation is **ADOPTED**. (Doc. 39.)

**IT IS FURTHER ORDERED** that Defendant's Motion for Partial Dismissal of Plaintiff's Third Amended Complaint is **GRANTED** with respect to adverse actions pled in Claim 2 alleged to have occurred prior to June 20, 2025. (Doc. 36.) Defendant's motion is **DENIED** on all other grounds, including Defendant's request that Plaintiff provide a more definite statement.

Dated this 13th day of November, 2026.

Honorable Angela M. Martinez
United States District Judge